United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PHILLIP ROSE,<br>Plaintiff,<br>v.<br>C. ROJAS, et al.,<br>Defendants. | Case No. 26-cv-09131 NC (PR)<br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| CHRISTOPHER BRYAN MCKENZIE,<br>Plaintiff,<br>v.<br>EDWARD BORLA, et al.,<br>Defendants. | Case No. 25-cv-02820 TLT (PR) |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to 25-cv-02820-TLT, *McKenzie v. Borla, et al.*

**IT IS SO ORDERED.**

**Dated:** September 2, 2026

NATHANAEL M. COUSINS
United States Chief Magistrate Judge